1114

No. 97–1011. ZIMAN ET UX. *v.* NEW YORK ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 97–1013. O'LEARY *v.* ROMAN CATHOLIC CHURCH OF SACRAMENTO ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1016. REMUS, TRUSTEE FOR SUPERIOR METAL SHREDDERS, INC. *v.* CITY OF KALAMAZOO. C. A. 6th Cir. Certiorari denied.

No. 97–1017. MOULTON *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 97–1019. O'CONNOR *v.* DAVIS ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–1021. EVANGELISTA ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–1022. HALE, PRESIDENT OF THE NAVAJO NATION, ET AL. *v.* SECAKUKU, CHAIRMAN OF THE HOPI TRIBAL COUNCIL, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1026. BUSH *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 97–1027. CABRAL *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 97–1029. LINDGREN *v.* ANDERSON. C. A. 9th Cir. Certiorari denied.

No. 97–1030. LPP CLAIMANTS *v.* CONTINENTAL AIRLINES; and
No. 97–1036. FORMER EASTERN PILOTS GRANTED THE RIGHT TO SUBSTITUTE COUNSEL *v.* CONTINENTAL AIRLINES. C. A. 3d Cir. Certiorari denied. Reported below: 125 F. 3d 120.

No. 97–1031. TSIPOURAS *v.* MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 97–1034. CARPENTER *v.* ISRAEL ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–1037. MAXWELL *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.